UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA WAHAB,
                               Plaintiff,

           -against-

EXOTIC WORLD OF FRAGRANCES, INC.,
                              Defendant.
------------------------------------------------------------X

24 Civ. 2392 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the case management plan and scheduling Order dated May 16, 2024, required the parties to file a status letter on August 12, 2024, as outlined in Individual Rule III.D.3;

     WHEREAS, the parties failed to submit the letter. It is hereby

     **ORDERED** that, by **August 16, 2024**, the parties shall file the status letter.

Dated: August 13, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE