UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB, on behalf of herself and
all others similarly situated,
    Plaintiff,

v.

CASE NO.: 1:24-cv-2392

EXOTIC WORLD OF FRAGRANCES, INC.

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 6, 2024

| For Plaintiff Angela Wahab | For Defendant Exotic World of Fragrances, Inc. |
|---|---|
| *[signature: Mark Rozenberg]* | *[signature: Stephen H. Gersowitz]* |
| Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | Stephen H. Gersowitz<br>Stephen H. Gersowitz Attorney at Law<br>14 wall St. 19th floor<br>New York, NY 10005<br>Ph: 212- 422-8498<br>Shglegal@gmail.com |